# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAURICE MCCURDY, | ) |
| Plaintiff, | ) 2:08-CR-01742-PMP-PAL |
| vs. | ) **ORDER** |
| LEROY KIRKEGARD, et al., | ) |
| Defendants. | ) |

Before the Court for consideration is (Doc. #47) Plaintiff Laurice McCurdy's Motion for Extension of Time to Respond to Defendant Leroy Kirkegard's Motion to Dismiss (Doc. #39) and Defendant Corrections Corporation of America's Motion to Dismiss Plaintiff's Amended Complaint (Doc. #43).

In addition, is Plaintiff's Motion to Include Nurse Larry in Service Order (Doc. #38), filed on May 21, 2010, and good cause appearing,

**IT IS ORDERED that** Plaintiff Laurice McCurdy's Motion for Extension of Time (Doc. #47) is **GRANTED**. Plaintiff shall have to and including **July 12, 2010**, to Respond to Defendant Leroy Kirkegard's Motion to Dismiss (Doc. #39) and Defendant Corrections Corporation of America's Motion to Dismiss Plaintiff's Amended Complaint (Doc. #43).

///

///

**IT IS FURTHER ORDERED that** Plaintiff's Motion to Include Nurse Larry in Service Order (Doc. #38) is **DENIED**.

DATED: June 21, 2010.

_____
PHILIP M. PRO
United States District Judge