DANIEL G. BOGDEN
United States Attorney
PAUL S. PADDA
Assistant United States Attorney
333 Las Vegas Blvd. South, Rm. 5000
Las Vegas, Nevada  89101
Tele: (702) 388-6336
Fax: (702) 388-6787

Attorneys for the Federal Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LAURICE McCURDY,            )
                            )
        Plaintiff,          )   Civil Action No. 2:08-cv-1742-PMP-(PAL)
                            )
   v.                       )
                            )
LEROY KIRKEGARD, et. al.,   )
                            )
        Defendants.         )
_____

**FEDERAL DEFENDANT'S THIRD MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO PLAINTIFF'S AMENDED
<u>COMPLAINT AND MOTION FOR MISCELLANEOUS RELIEF</u>**

**(Third Request)**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule 6-1 of this Court's Local Rules, Federal Defendant Aaron Fisher, Deputy United States Marshal, respectfully requests that the Court provide Federal Defendant with a one-day extension of time, to and until July 22, 2010, within which to file a response[1] to Plaintiff's Amended Complaint and motion for miscellaneous relief that was filed on June 18, 2010 (Pacer document 50).  In support of this request, Federal Defendant relies upon the memorandum of points and authorities set forth below.

---

[1] Federal Defendant anticipates responding with, among other arguments, a motion to dismiss for failure to state a claim upon which relief can be granted.

### MEMORANDUM OF POINTS AND AUTHORITIES

Federal Rule of Civil Procedure 6(b)(1) provides: "When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order . . .." In this case, Federal Defendant's request for additional time is warranted for the reasons set forth below.

Undersigned counsel has completed a draft of Federal Defendant's response to Plaintiff's Amended Complaint. However, due to unanticipated formatting issues with the document, which only his legal assistant has the expertise to correct, undersigned counsel is not in a position to timely file the document as originally anticipated. Because his legal assistant has left for the day, undersigned counsel will have to work with her tomorrow to fix the problems in the document. Despite his best efforts to correct the vexing formatting problems, undersigned counsel has had no success. Accordingly, and regrettably, undersigned counsel must request a one-day extension of time to file the responsive document. Counsel for Federal Defendant can assure the Court that the response will be filed before the end of the work day tomorrow.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

## Conclusion

In light of the foregoing, Federal Defendant respectfully requests that the Court allow Defendant until July 22, 2010 to respond to the Amended Complaint and the motion for miscellaneous relief.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Paul S. Padda*
_____
PAUL S. PADDA
Assistant United States Attorney
333 Las Vegas Blvd. South, #5000
Las Vegas, Nevada 89101
Tele: (702) 388-6521
Fax: (702) 388-6787

Attorneys for the Federal Defendant

Dated: July 21, 2010

**"IT IS SO ORDERED:**

**Without waiving any service of process arguments that may exist, Federal Defendant shall have until July 22, 2010 within which time to respond to the Amended Complaint and the motion for miscellaneous relief that was filed by Plaintiff on June 18, 2010.**

_____
**UNITED STATES DISTRICT JUDGE**

**Dated: July 23, 2010**

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing document entitled "FEDERAL DEFENDANT'S THIRD MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT AND MOTION FOR MISCELLANEOUS RELIEF" was served by United States mail on July 21, 2010 (first-class, postage prepaid) upon the following individual:

    Laurice McCurdy
    USP Victorville
    P.O. Box 5300
    Adelanto, California 92301

  ***/s/ Paul S. Padda***
  _____
  Paul S. Padda
  Assistant United States Attorney