NICHOLAS G. VASKOV
Acting City Attorney
Nevada Bar No. 8298
NOEL E. EIDSMORE
Deputy City Attorney
Nevada Bar No. 7688
2200 Civic Center Drive
North Las Vegas, Nevada 89030
Telephone: (702) 633-1050
Facsimile: (702) 649-8879

Attorneys for Defendants
M. NIEMAN P#1012, ALVEREZ [sic]P #1795,
COBB P#1839, and UNKNOWN SUPERVISOR P#1354

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LAURICE McCURDY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LEROY KIRKEGARD, et al.,<br><br>　　　　Defendants. | Case No. 2:08-cv-01742-PMP(PAL)<br><br>**DEFENDANTS M. NIEMAN P#1012, ALVEREZ [sic]P #1795, COBB P#1839, and UNKNOWN SUPERVISOR P#1354'S MOTION TO STRIKE PLAINTIFF'S TRAVERSE TO ANSWER** |

　　　　Defendants M. NIEMAN P#1012, ALVEREZ [sic]P #1795, COBB P#1839, UNKNOWN SUPERVISOR P#1354 ("Defendants"), by and through their attorney Noel E. Eidsmore of the North Las Vegas City Attorney's Office, hereby submit their Motion to Strike Plaintiff's "Traverse to Answer to Plaintiff's Amended Complaint by Defendants Cobb, M. Nieman, Alverez, and Unknown Supervisor" [83].

. . .

. . .

. . .

This motion is based on the pleadings and papers on file herein, and the Points and Authorities that follow.

DATED this 2nd day of September, 2010.

NICHOLAS G. VASKOV
Acting City Attorney

By: /s/ Noel E. Eidsmore
NOEL E. EIDSMORE
Deputy City Attorney
Nevada Bar No. 7688
Attorneys for Defendants
M. NIEMAN P#1012, ALVEREZ [sic]
P #1795, COBB P#1839, and
UNKNOWN SUPERVISOR P#1354

**MEMORANDUM OF POINTS AND AUTHORITIES**

I. **BACKGROUND**

On June 17, 2010, Defendants filed an Answer [48] to Plaintiff's Amended Complaint [18]. Approximately two months later on August 19, 2010, Plaintiff filed a document, without permission of this Court, titled "Plaintiff's Traverse to Answer to Plaintiff's Amended Complaint by Defendants Cobb, M. Nieman, Alverez, and Unknown Supervisor" [83]. Plaintiff's "Traverse" not only contains redundant ramblings and serve no purpose or pertinence, but is completely immaterial and should be stricken.

II. **PLAINTIFF'S TRAVERSE SHOULD BE STRICKEN PURSUANT TO FED. R. CIV. P. 12(f) BECAUSE IT IS IMPERMISSIBLE, REDUNDANT, IMMATERIAL AND IMPERTINENT**

Pursuant to Fed. R. Civ. P. 12(f)., "the Court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Plaintiff filed his "Traverse" pleading more than 60 days after Defendants filed their Answer. It is obvious from Plaintiff's barrage of filings directed on other parties in this case, he felt a need to create an immaterial filing to include Defendants' Answer, albeit 60 days after the fact. Due to the fact that Plaintiff's Traverse is immaterial to the proceedings, it would be proper for the Court to strike the Traverse it its entirety pursuant to Fed. R. Civ. P. 12(f).

1  The Court should consider Plaintiff's filing as a wayward rogue pleading, which consists of
2  pages of redundant and impertinent phraseology. Plaintiff asks for no remedy or direction from this
3  Court. Plaintiff dissipates each section of Defendants' answer by repetitively alleging almost every
4  paragraph as being "dishonest, specious, misleading, irrelevant, and without merit.". As Plaintiff's
5  Traverse is redundant and impertinent, the Court should strike the Traverse it its entirety pursuant
6  to Fed. R. Civ. P. 12(f).

## II.  CONCLUSION

Based on the fact that Plaintiff's Traverse is redundant, immaterial and impertinent and is in direct violation of Fed. R. Civ. P. 12(f), Defendants M. NIEMAN P#1012, ALVEREZ [sic] P#1795, COBB P#1839, and UNKNOWN SUPERVISOR P#1354 respectfully request that the Court strike Plaintiff's Traverse to Defendants' Answer in its entirety.

Respectfully submitted this 2nd day of September, 2010.

NICHOLAS G. VASKOV
Acting City Attorney

By:  /s/ Noel E. Eidsmore
NOEL E. EIDSMORE
Deputy City Attorney
Nevada Bar No. 7688
Attorneys for Defendants
M. NIEMAN P#1012, ALVEREZ [sic]
P #1795, COBB P#1839, and
UNKNOWN SUPERVISOR P#1354

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

Dated: September 3, 2010