# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAURICE MCCURDY, | ) |
|  Plaintiff, | ) 2:08-CV-01742-PMP-PAL |
| vs. | ) **ORDER** |
| LEROY KIRKEGARD, et al., | ) |
|  Defendants. | ) |

Before the Court for consideration is Federal Defendant Aaron Fisher's Motion to Dismiss or in the Alternative, for Summary Judgment (Doc. #68), filed July 22, 2010.

On August 23, 2010, Plaintiff McCurdy filed a Motion for an Extension of Time to Respond to Federal Defendant Fisher's Motion to Dismiss or in the Alternative, for Summary Judgment (Doc. #85). In support of his motion for an extension of time, McCurdy asserts that his legal papers have been packed to enable him to be transferred to another federal prison. The Court finds this constitutes good cause to grant an extension of time.

**IT IS THEREFORE ORDERED that** Plaintiff McCurdy's Motion for an Extension of Time to Respond to Federal Defendant Fisher's Motion to Dismiss or in the Alternative, for Summary Judgment (Doc. #85) is **GRANTED** to the extent that Plaintiff McCurdy shall have to and including **October 6, 2010** within which to

1. file a response to Federal Defendant Fisher's motion to dismiss or in the alternative
2. summary judgment.
3.
4. DATED: September 3, 2010.

_____
PHILIP M. PRO
United States District Judge