UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAURICE MCCURDY, ) | |
|       Plaintiff, ) | 2:08-CV-01742-PMP-PAL |
| vs. ) | **ORDER** |
| LEROY KIRKEGARD, et al., ) | |
|       Defendants. ) | |

      Before the Court for consideration is Defendant Corrections Corporation of America's fully briefed Motion to Dismiss Plaintiff's Amended Complaint (Doc. #43), filed on June 1, 2010.

      In support of its motion Defendant first contends that Plaintiff McCurdy's *Bivens* action cannot be asserted against a corporate government contractor. Correctional Srvcs. Corp. v. Malesko, 534 U.S. 61, (2001). Additionally, Defendant Corrections Corporation of America argues that Plaintiff has failed to satisfy his burden of showing it is subject to the personal jurisdiction of this Court under Nevada's Long-Arm Statute, NRS 14.065. Finally, Defendant Corrections Corporation of America argues that Plaintiff McCurdy's claims against it are barred by the applicable two year statute of limitations.

      The Court finds that Plaintiff McCurdy has failed to adequately respond to the arguments advanced by Defendant Corrections Corporation of America, and that

for the reasons set forth in Defendant's motion and reply memorandum, Defendant is entitled to the relief requested.

**IT IS THEREFORE ORDERED that** Defendant Corrections Corporation of America's Motion to Dismiss Plaintiff's Amended Complaint (Doc. #43) is **GRANTED**.

**IT IS FURTHER ORDERED that** Defendant Corrections Corporation of America's Motion to Strike Plaintiff's Sur-Response to Defendant's Motion to Dismiss (Doc. #81) is **DENIED** as moot.

DATED:  September 3, 2010.

_____
PHILIP M. PRO
United States District Judge