UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAURICE MCCURDY,<br><br>        Plaintiff,<br><br>vs.<br><br>LEROY KIRKEGARD, et al.,<br><br>        Defendants. | 2:08-CV-01742-PMP-PAL<br><br>**ORDER** |

    Plaintiff McCurdy having failed to file a response in opposition to Defendant Leroy Kirkegard's Motion for Attorney Fees (Doc. #95), filed on September 17, 2010, and it appearing that Defendant Kirkegard's motion for attorney fees is reasonable, and good cause appearing,

    **IT IS ORDERED that** Defendant Leroy Kirkegard's Motion for Attorney Fees (Doc. #95) is **GRANTED** and that Plaintiff Laurice McCurdy shall, not later than **November 29, 2010**, pay to Defendant Leroy Kirkegard the sum of $**12,325.00** as in for attorney fees.

DATED: October 13, 2010.

_____
PHILIP M. PRO
United States District Judge