# UNITED STATES DISTRICT COURT

DISTRICT OF    Nevada

Laurice McCurdy,

               Plaintiff,

V.

Leroy Kirkegard, et al.,

               Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:08-cv-01742-PMP-PAL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

Judgment for Attorney's Fees is entered in favor of Leroy Kirkegard and against Laurice McCurdy in the amount of $12,325.00.

October 14, 2010

Date

/s/ Lance S. Wilson

Clerk

/s/ Aaron Blazevich

(By) Deputy Clerk