# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAURICE MCCURDY, | 2:08-CV-01742-PMP-PAL |
| Plaintiff, | |
| vs. | **ORDER** |
| LEROY KIRKEGARD, et al., | |
| Defendants. | |

**IT IS ORDERED that** Plaintiff's Motion for Recusal of District Judge (Doc. #110) is **DENIED**.

DATED: February 18, 2011.

_____
PHILIP M. PRO
United States District Judge