1
2
3
4
5
6              **UNITED STATES DISTRICT COURT**
7                    **DISTRICT OF NEVADA**
8                              * * *
9    LAURICE MCCURDY,                  )
                                        )        2:08-CV-01742-PMP-PAL
10            Plaintiff,                )
                                        )
11   vs.                               )        **ORDER**
                                        )
12   Officer Lisa Alvarez, et al.,     )
                                        )
13                                      )
              Defendants.              )
14   _____ )
15

16          Before the Court for consideration is Defendants' Motion for Summary

17   Judgment (Doc. #104) filed December 16, 2010.  Plaintiff McCurdy has been

18   permitted additional time to file an opposition to Defendants' motion, but has failed

19   to do so within the time frame of the orders entered by this Court.  As a result,

20   Plaintiff McCurdy consents to the granting of Defendants' motion pursuant to the

21   Local Rules of Practice of this Court.

22          Moreover, a review of Defendants' Motion for Summary Judgment

23   demonstrates that Defendants are entitled to the relief requested on the merits of

24   their motion.

25   / / /

26   / / /

1    **IT IS THEREFORE ORDERED that** Defendants' Motion for Summary

2   Judgment (Doc. #104) is **GRANTED** and that judgment shall forthwith be entered

3   by the Clerk of Court in favor of Defendants and against Plaintiff McCurdy.

4

5   DATED: March 4, 2011.

6

7   _____

8   PHILIP M. PRO
    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26