Gina Gilbert Winspear, Bar #5552
DENNETT WINSPEAR, LLP
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Fax: (702) 839-1113
gwinspear@dennettwinspear.com

Attorneys for Defendant Corrections Corporation of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAURICE McCURDY,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LEROY KIRKEGARD, et al.,<br><br>　　　　　　　　　　Defendants. | NO. 2:08-cv-01742-PMP-PAL<br><br>**DEFENDANT CORRECTIONS CORPORATION OF AMERICA'S MOTION FOR ENTRY OF JUDGMENT** |

Pursuant to Rule 58(d), Fed.R.Civ.P., Defendant Corrections Corporation of America ("CCA"), hereby moves this Court to order the Clerk of the Court to enter a final judgment in its favor. CCA's motion to dismiss plaintiff's amended complaint (Dkt. # 43) was granted on September 3, 2010 (Dkt. # 91), but no corresponding judgment was simultaneously entered. And the judgments entered on behalf of the subsequently dismissed defendants in this case (Dkt. ## 101, 116, 121) do not include CCA. Until a judgment is entered in CCA's favor, the order granting its motion to dismiss is not final. *See* Rule 54(b), Fed.R.Civ.P. Therefore, CCA respectfully requests this Court to enter a judgment in accordance with Rule 58(a), Fed.R.Civ.P.

///
///
///

iManage:2576580.1

| | |
|---|---|
| 1 | DATED this 8*th* day of July, 2011. |
| 2 | DENNETT WINSPEAR, LLP |

By */s/ Gina Gilbert Winspear #5552*
Gina Gilbert Winspear
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Attorneys for Defendant Corrections
Corporation of America

ORIGINAL electronically filed this 8*th* day of July, 2011.

COPY mailed/e-mailed this *6th* day of July, 2011, to:

Laurice McCurdy, #41911-048
F.C.I.
P.O. Box 6000
Florence, CO 81226-6000
*Plaintiff In Pro Per*

Daniel G. Bogden
United States Attorney
Paul S. Padda
Assistant Unites States Attorney
333 Las Vegas Blvd., South, Rm 5000
Las Vegas, Nevada 89101
*Attorney for Federal Defendant Aaron Fisher*

Seetal Tejura, Esq.
Eric Willoughby, Esq.
ALVERSON TAYLOR
MORTENSEN & SANDERS
7401 w. Charleston Blvd.,
Las Vegas, Nevada 89117
*Attorneys for Leroy Kirkegard*

Thomas D. Dillard, Jr.,
OLSON, CANNON, GORMLEY
 & DESRUISSEAUX
9950 West Cheyenne Ave.,
Las Vegas, Nevada, 89129
*Co-Attorneys for Defendant Leroy Kirkegard*

*/s/Kathy Vigil-Frein*
An Employee of Dennett Winspear, LLP

IT IS SO ORDERED.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated:  July 20, 2011.

iManage:2576580.1                                      2