1   Gina Gilbert Winspear, Bar #5552
    DENNETT WINSPEAR, LLP
2   3301 North Buffalo Drive, Suite 195
    Las Vegas, NV 89129
3   Telephone: (702) 839-1100
    Fax: (702) 839-1113
4   gwinspear@dennettwinspear.com

5   Attorney for Defendant Corrections
    Corporation of America
6

7                          UNITED STATES DISTRICT COURT

8                               DISTRICT OF NEVADA

9   LAURICE McCURDY,                          NO. 2:08-cv-01742-PMP-PAL

10                          Plaintiff,         **FINAL JUDGMENT IN FAVOR OF**
                                               **UNSERVED DEFENDANTS**
11          v.

12  LEROY KIRKEGARD, et al.,

13                          Defendants.

14

15          This matter came before the Court following Defendant Corrections Corporation

16  of America's ("CCA") Motion for Entry of Final Judgment in favor of the Unserved Defendants

17  pursuant to Rule 58(a), Fed.R.Civ.P., (Doc. 150). The issues have been considered, a decision

18  has been rendered, and the Court has GRANTED Defendant CCA's Motion for Entry of Final

19  Judgment in Favor of Unserved Defendants (Doc. 153).

20          Pursuant to the Court's 28 U.S.C. § 1915(A) screening order, the following

21  defendants were dismissed and not served: **Alberto Gonzalez, Clark County Detention Center,**

22  **North Las Vegas Detention Center, Las Vegas City Jail, University Medical Center, Kirk**

23  **Monroe, Dale Carrison, Kirk A. Malone, Michael Donahue, Craig T. Tingey, Mark**

24  **Romzek, Elizabeth J. Winfield, Unknown Surgeon, Florence Correctional Complex,** and

25  **Maricopa Integrated Health System.** (Dkt. # 19 at 10.) The Court issued summonses for the

26  remaining defendants, but the following defendants were never served: **Unknown Supervisor**

27  **P #1641, C. Harrison, C/O (FNU) Davis, Mark Paresi, Cooper, Naph Care Inc., S. Johnson,**

28

    2764781.1

1  and **Nurse Larry**.  (Dkt. ## 22–25, 31–32, 37, 46, 70.)  The original Complaint was filed on

2  December 10, 2008; the Amended Complaint was filed on August 10, 2009; and the Court's

3  screening order was entered on April 9, 2010. (Dkt. ## 1, 18, 19.)  The time for service has long

4  passed. *See* Fed.R.Civ.P. 4(m).

5  IT IS ORDERED AND ADJUDGED, entering judgment in favor of the

6  aforementioned unserved Defendants and against Plaintiff Laurice McCurdy on all claims.

7  DATED: June 4, 2013

8

9  UNITED STATE DISTRICT JUDGE