Gina Gilbert Winspear, Bar #5552
DENNETT WINSPEAR, LLP
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:  (702) 839-1100
Fax:  (702) 839-1113
gwinspear@dennettwinspear.com

Attorneys for Defendant Corrections Corporation
of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAURICE McCURDY, | NO. 2:08-cv-01742-PMP-PAL |
| Plaintiff, | **DEFENDANT'S MOTION FOR JUDGMENT AFTER MANDATE** |
| v. | |
| LEROY KIRKEGARD, et al., | |
| Defendants. | |

In accordance with the Ninth Circuit Court of Appeals' Mandate awarding costs on appeal (Dkt. # 53), Defendant Corrections Corporation of America respectfully requests this Court to enter judgment in its favor in the amount of $164.00.

DATED this 28th day of October, 2015.

DENNETT WINSPEAR, LLP


By/s/  Gina Gilbert Winspear, Esq.
Gina Gilbert Winspear
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Attorneys for Defendant Corrections
Corporation of America

3105517

CERTIFICATE OF SERVICE

Pursuant to N.R.C.P. (5) (b) and EDCR 7.26, certify that on this date, I served the foregoing **DEFENDANT'S MOTION FOR JUDGMENT AFTER MANDATE** on all parties to this action by causing a true and correct copy to be filed with the Clerk of the Court using the CM/ECF system to the following:

Daniel G. Bogden
United States Attorney
Paul S. Padda
Assistant Unites States Attorney
333 Las Vegas Blvd., South, Rm 5000
Las Vegas, Nevada 89101
*Attorney for Federal Defendant Aaron Fisher*

Seetal Tejura, Esq.
Eric Willoughby, Esq.
ALVERSON TAYLOR
MORTENSEN & SANDERS
7401 w. Charleston Blvd.,
Las Vegas, Nevada 89117
*Attorneys for Leroy Kirkegard*

Thomas D. Dillard, Jr.,
OLSON, CANNON, GORMLEY
 & DESRUISSEAUX
9950 West Cheyenne Ave.,
Las Vegas, Nevada, 89129
*Co-Attorneys for Defendant Leroy Kirkegard*

_____

and via U.S. Mail to:

Laurice McCurdy, #41911-048
F.C.I. LOMPOC
3600 Guard Road
Lompoc, CA 93436
*Plaintiff In Pro Per*

DATED this 28th day of October, 2015

*[signature]*
_____
An Employee of Dennett Winspear, LLP

3105517                                    2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAURICE McCURDY, | NO. 2:08-cv-01742-PMP-PAL |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT AFTER MANDATE** |
| v. | |
| LEROY KIRKEGARD, et al., | |
| Defendants. | |

The Court, having reviewed the Defendants' Motion for Judgment after Mandate, and good cause appearing,

IT IS HEREBY ORDERED that Defendant Corrections Corporation of America's Motion for Judgment After Mandate is GRANTED.  The Clerk is instructed to enter judgment in favor of Defendants in the amount of $164.00, in accordance with the April 3, 2015 Mandate issued by the Ninth Circuit, (ECF No. 170).

DATED: April 15, 2016

_____
UNITED STATES DISTRICT COURT JUDGE

3105744